Marion Stedman Hiskey and Eunice Stedman Cromwell, Appellees, v. John L. Frey, Executor of Last Will and Testament of Walter H. Stedman, Deceased, Appellee, and Forest Home Cemetery Company of Chicago, Appellant.

Gen. No. 45,686.

Klenk & Klein, for appellant; Franklin W. Klein, and Arthur C. Thorpe, of counsel; McGurren & McGurren, for certain appellee, and Charles H. Soelke, for certain other appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed September 23, 1952; released for publication October 14, 1952.